**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TAWANA UNDERWOOD,

    Plaintiff,

v.                                          Case No. 08-CV-11024

CIENA HEALTH CARE MANAGEMENT,
INC. AND GAIL CALIGUIRI

    Defendant/Counter-Plaintiff.

_____/

**ORDER CONCERNING AUGUST 20, 2008 HEARING**

Pending before the court is Defendant Gail Cliguiri's "Motion to Dismiss Complaint and to Quash Service of Process." The matter is fully briefed and the court will hold a hearing on August 20, 2008 to hear argument. In addition, counsel are advised that the court expects to hear live testimony from the fact witnesses relied upon by the parties in their briefs. Accordingly,

IT IS ORDERED that counsel arrange for all relevant fact witnesses to testify at the August 20, 2008 hearing.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: August 14, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 14, 2008, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522