**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TAWANA UNDERWOOD,

    Plaintiff,

v.                                               Case No. 08-CV-11024-DT

RIVERVIEW OF ANN ARBOR AND GAIL
CALIGUIRI,

    Defendants.
                                                       /

**ORDER DENYING PLAINTIFF'S MOTIONS AND
ALLOWING AN EXTENSION FOR DISCOVERY**

Pending before the court are Plaintiff Tawana Underwood's "Emergency Motion to Adjourn Discovery and Scheduling Order Dates by a Period of Thirty (30) Days" and Plaintiff's "Emergency Motion to Compel Depositions." On November 13, 2008, the court held a telephone conference with counsel for Plaintiff and Defendant[1] and was informed that the parties have reached an agreement as to the identity of the persons remaining to be deposed, and a schedule to complete the depositions. The parties agreed to complete all remaining depositions by November 22, 2008. Accordingly,

IT IS ORDERED that the court's May 21, 2008 scheduling order [Dkt. # 21] is amended to extend the time for discovery until November 22, 2008. All other dates, as outlined in the scheduling order, remain unchanged.

---

[1] Per the parties stipulated order of November 13, 2008, Defendant Gail Caliguiri has been dismissed with prejudice. Therefore, only Defendant Riverview of Ann Arbor remains in this matter.

IT IS FURTHER ORDERED that Plaintiff's "Emergency Motion to Adjourn Discovery and Scheduling Order Dates by a Period of Thirty (30) Days" [Dkt. # 63] and Plaintiff's "Emergency Motion to Compel Depositions" [Dkt. # 64] are DENIED as moot.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2008, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522