# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TAWANA UNDERWOOD,

    Plaintiff,

v.                                      CASE NO: 08-11024-DT

RIVERVIEW OF ANN ARBOR AND
GAIL CALIGUIRI,

    Defendants.
                                  /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued his report and recommendation ("R&R") on March 31, 2009, recommending that Defendants recover their costs in the amount of $1,103.80, consisting of the removal fee and the deposition expenses relating to the testimony of Plaintiff, Gail Caliguiri, and Phil Troyer.  No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and will adopt the same for purposes of this order.  Accordingly,

IT IS ORDERED that the magistrate judge's March 31, 2009 report and recommendation [Dkt. # 88] is ADOPTED IN FULL AND INCORPORATED BY REFERENCE.  Defendant is awarded its costs in the amount of $1,103.80.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: May 1, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522